UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01271-TLN-KJN |
| | No. 2:23-cv-01426-TLN-KJN |
| | No. 2:23-cv-01649-TLN-KJN |
| | No. 2:23-cv-02428-TLN-KJN |
| | No. 2:23-cv-02435-TLN-KJN |
| | No. 2:23-cv-02597-TLN-KJN |
| | No. 2:23-cv-02951-TLN-KJN |
| | No. 2:24-cv-00176-TLN-KJN |
| | No. 2:24-cv-00335-TLN-KJN |
| | No. 2:24-cv-00389-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review. (*Id.* at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-01271, 2:23-cv-01426, 2:23-cv-01649, 2:23-cv-02428, 2:23-cv-02435, 2:23-cv-02597, 2:23-cv-02951, 2:24-cv-00176, 2:24-cv-00335 and 2:24-cv-00389 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Dated:  March 01, 2024

Troy L. Nunley
United States District Judge